UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00454-SPG-AS | Date | January 26, 2026 |
| Title | Maksim Zaitsev v. Warden et al. | | |

Present: The Honorable    SHERILYN PEACE GARNETT
                          UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NO. 1-3]**

The Court is in receipt of Petitioner Maksim Zaitsev's ("Petitioner") Emergency Motion for Temporary Restraining Order. *See* (ECF No. 1-3 ("Motion")). The Court sets a hearing on the Motion for Wednesday, February 4, 2026, at 10:00 a.m. Respondents Warden, U.S. Immigrations and Customs Enforcement ("ICE"), Adelanto Processing Center; Ernesto Santacruz, Jr., Acting Field Office Director, Enforcement and Removal Operations, Los Angeles ICE Field Office; Todd M. Lyons, Acting Director, ICE; Kristi Noem, Secretary, U.S. Department of Homeland Security; and Pamela Bondi, Attorney General, U.S. Department of Justice ("Respondents"), sued in their official capacities, are ordered to file a response, if any, no later than Wednesday, January 28, 2026, at 5:00 p.m.[1] Petitioner's brief in reply, if any, is due by Friday, January 30, 2026, at 5:00 p.m. The Court hereby ORDERS that Petitioner may not be removed from the Central District of California until further order of Court.

**IT IS SO ORDERED.**

                                                                                                    :

---

[1] Pursuant to the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorney's Office, the U.S. Attorney's Office agrees that entry of this Order to Respond on the docket by the clerk complies with the requirement of service of the petition on the respondent under Fed. R. Civ. P. 4. *See* C.D. Cal. L.R. 4-4 ("In all cases where a petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241, . . . the procedures for service of the petitions, motions, and related orders will be pursuant to the agreement between the United States Attorney's Office and the Court set forth in Appendix C to these Local Rules.").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00454-SPG-AS | Date | January 26, 2026 |
|---|---|---|---|
| Title | Maksim Zaitsev v. Warden et al. | | |

Initials of Preparer    pg