**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| MAKSIM ZAITSEV,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, ERNESTO SANTACRUZ, TODD LYONS, KRISTI NOEM, and PAM BONDI,<br><br>               Respondents. | Case No. CV 26-0454-SPG (AS)<br><br>**ORDER REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241)** |

On January 15, 2026, Petitioner Maksim Zaitsev ("Petitioner"), who is represented by counsel in this action, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), challenging his ongoing civil immigration detention at the Adelanto Immigration and Customs Enforcement ("ICE") Processing Center within this District. (Dkt. No. 1). On January 21, 2026, the District Judge denied Petitioner's application for a temporary restraining order due to Petitioner's failure to demonstrate that he is likely to succeed on the merits of his claims. (Dkt. No. 14).

In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1.    As Respondents have already appeared in this action and received the Petition, the Clerk of this Court shall promptly (a) serve a copy of this Order on Respondents by delivering it to the United States Attorney, Central District of California or his authorized agent, and on Petitioner's counsel of record.

2.    Within thirty (30) days, Respondents shall file a Response to the Petition:

(a) If Respondents contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file a Motion to Dismiss confined to the basis for the contention that dismissal without reaching the merits of Petitioner's claims is warranted.  At the time the Motion to Dismiss is filed, Respondents shall also lodge with the Court all records bearing on Respondents' contention in this regard.

(b)  If Respondents file a Motion to Dismiss, Petitioner shall file an Opposition/Response to the Motion, or a Notice of Non-Opposition to the Motion, within twenty-one (21) days of the date of service thereof.  At the time the Opposition is filed (assuming an Opposition is filed), Petitioner shall lodge with the Court any records not lodged by Respondents which Petitioner believes may be relevant to the Court's determination of the Motion.  Petitioner's Opposition shall state whether Petitioner admits or denies each

2

allegation of fact contained in the Motion, and be limited to facts and contentions responsive to matters raised in the Motion.  The Court will not consider grounds for relief that Petitioner asserts for the first time in the Opposition. Petitioner is further advised that failure to oppose a Motion to Dismiss may be construed as consent to the granting of the Motion and dismissal of the action. See Local Rule 7-12.

(c)  Respondents shall file a Reply to Petitioner's Opposition to the Motion to Dismiss within seven (7) days of service of Petitioner's Opposition/Response.

(d)  If Respondents do not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file and serve an Answer to the Petition and shall lodge with the Court all records bearing on the merits of Petitioner's claims.

(e)  Petitioner may file a single Reply ("Reply") to matters raised in the Answer within seven (7) days of the date of service thereof. Any Reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition.  No Reply shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3.    A request by a party for an extension of time within which to file any of the pleadings required will be granted only upon a showing of good cause and should be made in advance of the due date of the pleading.  Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary and by a proposed form order granting the requested extension.

4.    Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date on which Respondents file a Reply in support of his Motion to Dismiss and/or Petitioner files a Reply to the Answer or the date on which such filing is due.

5.    Every document filed in the clerk's office or delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel. Any document without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

**IT IS SO ORDERED.**

DATED: February 17, 2026

_____
                    /s/
               ALKA SAGAR
      UNITED STATES MAGISTRATE JUDGE

4