UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00454-SPG-AS | Date | March 30, 2026 |
| --- | --- | --- | --- |
| Title | Maksim Zaitsev v. Warden et al. | | |

Present: The Honorable     SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceeding:**     **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE**

Petitioner Maksim Zaitsev ("Petitioner") filed this action for a writ of habeas corpus on January 15, 2026. *See* (ECF No. 1 ("Petition")). In connection with the Petition, Petitioner also filed an Emergency Motion for Temporary Restraining Order. *See* (ECF No. 1-3 ("Motion")). On February 9, 2026, the Court denied Petitioner's Motion, concluding that Petitioner had not shown that he was likely to succeed on the merits of any claim. *See* (ECF No. 14).

On March 25, 2026, Petitioner filed a Renewed Motion for a Temporary Restraining Order. *See* (ECF No. 18 ("Renewed Motion")). The Court sets the Renewed Motion for hearing on April 7, 2026, at 10:00 a.m. Respondents David Marin, Thomas Giles, Todd Lyons, Kristie Noem, and Pamela Bondi, all sued in their official capacities, are ordered to file a response, if any, no later than Wednesday, April 1, 2026 at 5:00 p.m. Petitioner's brief in reply, if any, is due by Friday, April 3, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**

:

Initials of Preparer    pg

Page **1** of **1**