UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00454-SPG-AS | Date | March 30, 2026 |
| Title | Maksim Zaitsev v. Warden et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT <br> UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER RE: PETITIONER'S STATUS REPORT [ECF NO. 21]**

On March 25, 2026, Petitioner Maksim Zaitsev ("Petitioner") filed a Renewed Motion for Temporary Restraining Order and a Motion for Appointment of Counsel. *See* (ECF Nos. 18, 19). In both documents, Petitioner stated that he is representing himself in this litigation. *See* (*id.*). However, the docket reflects that Petitioner is represented by Yuliya Kelmansky. Therefore, on March 27, 2026, the Court directed Petitioner, acting through Ms. Kelmansky, to file a report with the Court addressing her representation of Petitioner. *See* (ECF No. 20).

On March 29, 2026, Ms. Kelmansky filed a status report, stating that she "does not represent Petitioner with respect to the Renewed Motion for Temporary Restraining Order and does not intend to continue representation in this matter." (ECF 21). Ms. Kelmansky wrote that she will "promptly file a motion seeking leave to withdraw" and requested that, pending resolution of her anticipated motion, the Court allow Petitioner to proceed pro se. (*Id.*).

Pursuant to Local Rule 83-2.3.1, "[w]henever a party has appeared by an attorney, the party may not thereafter appear or act pro se, except upon order made by the Court after notice to such attorney and to any other parties who have appeared in the action." In the interest of justice, the Court will permit Petitioner to represent himself in connection with the Renewed Motion for Temporary Restraining Order. Ms. Kelmansky shall file a Motion for Withdrawal, within five (5) days from the date of this order, pursuant to Local Rule 83-2.3.2.

**IT IS SO ORDERED.**

                                                        :

| | |
|---|---|
| Initials of Preparer | pg |