UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00454-SPG-AS | Date | April 2, 2026 |
| Title | Maksim Zaitsev v. Warden et al. | | |

---

Present: The Honorable  **SHERILYN PEACE GARNETT**
                        **UNITED STATES DISTRICT JUDGE**

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**     **(IN CHAMBERS) ORDER DIRECTING RESPONDENTS TO FILE A STATUS REPORT BY FRIDAY, APRIL 3, 2026**

On January 15, 2026, Petitioner filed a Petition for a Writ of Habeas Corpus, challenging his detention pending a final order of removal. *See* (ECF No. 1 ("Petition")). In connection with the Petition, Petitioner also filed an application for a temporary restraining order, challenging an immigration judge's ("IJ") determination that he posed a flight risk and arguing that his continued detention was not supported by a legitimate purpose. *See* (ECF Nos. 1-3, 9). On February 9, 2026, the Court denied Petitioner's application for a temporary restraining order. *See* (ECF No. 14).

On March 25, 2026, Petitioner filed a Renewed Motion for Temporary Restraining Order, challenging his detention based, among other grounds, on the Government's purported failure to provide him with notice and a hearing before detaining him. *See* (ECF No. 18 ("Renewed Motion") at 3). In response, the Court set briefing on the Renewed Motion and set a hearing for April 7, 2026. *See* (ECF No. 22). On April 1, 2026, Respondents filed a brief in opposition, arguing that Petitioner is scheduled for a hearing on April 2, 2026, where an IJ "will order him removed to Russia." (ECF No. 25 ("Opposition") at 2). In light of the Opposition, Respondents are ordered to file a status report by Friday, April 3, 2026, at 5:00 p.m., addressing the result of the removal hearing and the effect of the result of that hearing on this case.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg